IN THE COURT OF APPEALS OF TENNESSEE
WESTERN SECTION AT NASHVILLE

FILED

August 19, 1998

Cecil W. Crowson
Appellate Court Clerk

**NOBLE NEAL KNIGHT, a non compos
mentis next friend and guardian,
FRED KNIGHT,**

      Plaintiff-Appellee,

Vs.

Marion Chancery No. 4712
C.A. No. 01A01-9711-CH-00643

**JAMES LANCASTER, Defendant
and MADGE BOGGILD,**

      Defendant-Appellant.

_____

**O R D E R**
_____

Defendant-Appellant Madge Boggild has filed a petition to rehear, and from our re-

review of the record we have determined that the petition to rehear is not well taken.

Accordingly, the petition to rehear is denied.


_____
**W. FRANK CRAWFORD,
PRESIDING JUDGE, W.S.**


_____
**DAVID R. FARMER, JUDGE**


_____
**HOLLY KIRBY LILLARD, JUDGE**